**BENEDICT AND ALTMAN**
247 Livingston Avenue
New Brunswick, New Jersey 08901
(732) 745-9000
Attorneys for Defendant, Frank Abate

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : HONORABLE STANLEY R. CHESLER |
| vs. | : CASE NO. 08- *159* |
| DR. LAXMIPATHI GARIPALLI | : AMENDED ORDER PERMITTING DEFENDANT TO TRAVEL TO RUSSIA |

THIS MATTER having been brought before the above-named Court, upon the application of Joseph J. Benedict, Esq., of the law firm of Benedict and Altman, attorneys for defendant Dr. Laxmipathi Garipalli, in the above captioned matter, for an Order permitting defendant, Dr. Laxmipathi Garipalli to travel to Russia leaving from New York on June 12, 2008 and returning on June 29, 2008, Assistant United States Attorney Maureen Nakly, attorney for the plaintiff, United States of America on behalf of the United States Attorney's Office, and Pre-Trial Services having no objection, and for good cause shown,

IT IS on this *1* day of *May*, 2008,

ORDERED that Defendant Dr. Laxmipathi Garipalli is hereby permitted to travel to Russia leaving New York on June 14, 2008 and returning to New York on June 29, 2008, and;

IT IS FURTHER ORDERED that Defendant Dr. Laxmipathi Garipalli's passport be returned to him for the specific purpose of traveling to Russia as stated above pursuant to the following conditions:

1) The full itinerary is to be submitted to pre-trial services prior to release of the passport; and
2) Dr. Garipalli return the passport to pre-trial services within one business day of his return on June 29, 2008.

_____
HON. STANLEY R. CHESLER