**BENEDICT AND ALTMAN**
247 Livingston Avenue
New Brunswick, New Jersey 08901
(732) 745-9000
Attorneys for Defendant, Dr. Laxmipathi Garipalli

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : HONORABLE STANLEY R. CHESLER |
| vs. | : CASE NO. 2:08-cr-00159 (SRC) |
| DR. LAXMIPATHI GARIPALLI | : ORDER PERMITTING DEFENDANT TO TRAVEL BY CRUISESHIP FROM SWEDEN TO DENMARK |

THIS MATTER having been brought before the above-named Court, upon the application of Joseph J. Benedict, Esq., of the law firm of Benedict and Altman, attorneys for defendant Dr. Laxmipathi Garipalli, in the above captioned matter, for an Order permitting defendant, Dr. Laxmipathi Garipalli to travel to Stockholm, Sweden, Tallin, St. Petersburg, Helanla, Berlin and Copenhagen, Denmark leaving from New York on July 27, 2010 and returning on August 8, 2010, Assistant United States Attorney Maureen Nakly, attorney for the plaintiff, United States of America on behalf of the United States Attorney's Office, and Pre-Trial Services having no objection, and for good cause shown,

IT IS on this **17** day of **May**, 2010,

ORDERED that Defendant Dr. Laxmipathi Garipalli is hereby permitted to travel to cruise the Baltic Sea (Stockholm, Tallin, St. Petersburg, Helania, Berlin and Copenhagen) leaving New York on July 27, 2010 and returning to New York on August 8, 2010, and;

IT IS FURTHER ORDERED that Defendant Dr. Laxmipathi Garipalli's passport be returned to him for the specific purpose of traveling to Stockholm, Tallin, St. Petersburg, Helania, Berlin and Copenhagen as stated above pursuant to the following conditions:

1) The full itinerary is to be submitted to probation prior to release of the passport; and

2) Dr. Garipalli return the passport to probation within two business day of his return on August 8, 2010.

_____
HON. STANLEY R. CHESLER

UNITED STATES ATTORNEY'S OFFICE

_____
MAUREEN NAKLY, AUSA

PRE-TRIAL SERVICES

_____
WENDY H. LONSDORF