**BENEDICT AND ALTMAN**
247 Livingston Avenue
New Brunswick, New Jersey 08901
(732) 745-9000
Attorneys for Defendant, Dr. Laxmipathi Garipalli

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : HONORABLE STANLEY R. CHESLER |
| vs. | : CASE NO. 2:08-cr-00159 (SRC) |
| DR. LAXMIPATHI GARIPALLI | : ORDER PERMITTING DEFENDANT TO TRAVEL TO DOMINICAN REPUBLIC |

THIS MATTER having been brought before the above-named Court, upon the application of Joseph J. Benedict, Esq., of the law firm of Benedict and Altman, attorneys for defendant Dr. Laxmipathi Garipalli, in the above captioned matter, for an Order permitting defendant, Dr. Laxmipathi Garipalli to travel to Punta Cana, Dominican Republic leaving from Newark International Airport on Sunday, February 27, 2011 and returning on Sunday, March 6, 2011, Assistant United States Attorney Maureen Nakly, attorney for the plaintiff, United States of America on behalf of the United States Attorney's Office, and Pre-Trial Services having no objection, and for good cause shown,

IT IS on this **22** day of **Feb**, 2011,

ORDERED that Defendant Dr. Laxmipathi Garipalli is hereby permitted to travel to a wedding in Punta Cana, Dominican Republic leaving from Newark International Airport on Sunday, February 27, 2011 and returning to Newark International Airport on Sunday, March 6, 2011, and;

IT IS FURTHER ORDERED that Defendant Dr. Laxmipathi Garipalli's passport be returned to him for the specific purpose of traveling to Punta Cana, Dominican Republic as stated above pursuant to the following conditions:

1) The full itinerary is to be submitted to probation prior to release of the passport; and,

2) Dr. Garipalli return the passport to probation within two business day of his return on March 6, 2011.

HON. STANLEY R. CHESLER

UNITED STATES ATTORNEY'S OFFICE

MAUREEN NAKLY, AUSA

PRE-TRIAL SERVICES

WENDY H. LONSDORF