**BENEDICT AND ALTMAN**
247 Livingston Avenue
New Brunswick, New Jersey 08901
(732) 745-9000
Attorneys for Defendant, Dr. Laxmipathi Garipalli

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : HONORABLE STANLEY R. CHESLER |
| vs. | : CASE NO. 2:08-cr-00159 (SRC) |
| DR. LAXMIPATHI GARIPALLI | : ORDER TERMINATING PROBATION PURSUANT TO 18 USC § 3564 (c) |

THIS MATTER having been brought before the above-named Court, upon the application of Joseph J. Benedict, Esq., of the law firm of Benedict and Altman, attorneys for defendant Dr. Laxmipathi Garipalli, in the above captioned matter, for an Order Terminating Probation pursuant to 18 USC § 3564 (c), Assistant United States Attorney Maureen Nakly, attorney for the plaintiff, United States of America on behalf of the United States Attorney's Office, and for good cause shown,

IT IS on this 4 day of _____, 2013,

ORDERED that Defendant Dr. Laxmipathi Garipalli's probation is hereby terminated.

HON. STANLEY R. CHESLER